**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6335

KENNETH HINTON,

                Plaintiff – Appellant,

        v.

JAMES W. RUDASILL, JR.,

                Defendant – Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.    Alexander Williams, Jr., District
Judge.  (8:08-cv-01460-AW)

Submitted:  July 7, 2010           Decided:  July 19, 2010

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth Hinton, Appellant Pro Se.    James  W.  Rudasill, Jr.,
Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Hinton appeals the district court's order granting the Defendant's motion for summary dismissal of his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hinton v. Rudasill, No. 8:08-cv-01460-AW (D. Md. filed Feb. 25, 2010; entered Feb. 26, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED